OPINION — AG — THE OKLAHOMA STATE BOARD OF MEDICAL EXAMINERS MAY HOLD MORE THAN ONE REGULAR MEETING IN THE FIRST SIX MONTHS OF THE CALENDAR YEAR AND MORE THAN ONE REGULAR MEETING IN THE LAST SIX MONTHS OF THE CALENDAR YEAR AT WHICH TIME THEY MAY CONSIDER DISCIPLINARY HEARINGS PURSUANT TO 59 O.S. 1971 503 [59-503] PROVIDED THEY MEET THE NOTICE REQUIREMENTS OF 59 O.S. 1971 488 [59-488] AND THE OPEN MEETING LAW 25 O.S. 1977 Supp., 301 [25-301] THRU 25 O.S. 1977 Supp., 314 [25-314] CITE: 59 O.S. 1971 481 [59-481] [59-481], 59 O.S. 1971 488 [59-488], 59 O.S. 1971 503 [59-503] (DAVID K. MCCURDY)